UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY,<br><br>    Plaintiff,<br><br>        v.<br><br>CITY OF MOSES LAKE, a Washington Mutual Corporation,<br><br>    Defendant. | No. CV-05-0182-FVS<br><br>ORDER DISMISSING MODEL TOXICS CONTROL ACT CLAIM |

The Parties having filed a Joint Motion to Dismiss the Plaintiff's Model Toxics Control Act claim without prejudice, Ct. Rec. 21, now therefore,

**IT IS HEREBY ORDERED:**

1. The Joint Motion to Dismiss Plaintiff's Model Toxics Control Act claim, **Ct. Rec. 21**, is **GRANTED**.

2. The Plaintiff's claim under the Model Toxics Control Act, RCW § 70.105D, is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   21   day of November, 2006.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                              United States District Judge

ORDER DISMISSING MODEL TOXICS CONTROL ACT CLAIM- 1